UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAMEON DION HAM, | ) | CASE NO. ED CV 07-744-VAP (PJW) |
| | ) | |
| Petitioner, | ) | |
| | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| KEN CLARK, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:   May 4, 2010  .

                                  VIRGINIA A. PHILLIPS
                                  UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\_194_ED07CV00744VAP(PJW)_HAM- Jdmt.wpd